### JOHNSTON v. PARISH.

GILBERT, J. The evidence authorized the verdict. The motion for a new trial was based solely on the general grounds. The judgment refusing the new trial will not be disturbed.

*Judgment affirmed. All the Justices concur, except Atkinson, J., dissenting.*

No. 1285.　JULY 16, 1919.

Complaint.　Before Judge Tarver.　Catoosa superior court. March 9, 1918.

*J. R. Johnston,* for plaintiff in error.　*W. E. Mann,* contra.